UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4529-CIV-MIDDLEBROOKS

BAY CHATEAU, INC., et al.,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,
et al.,

    Defendants.
_____/




## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this Cause is appropriate, and subject to the consent of the Honorable K. Michael Moore, it is

ADJUDGED that the above numbered Cause is transferred to the calendar of Judge Moore for all further proceedings.

DONE AND ORDERED in chambers, at Miami, Florida this 30th of January, 2001.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered Cause, the undersigned accepts the transfer of this case. Therefore, it is

ADJUDGED that all pleadings filed after this date shall bear the following case number, 00-4529-CIV-MOORE, indicating the Judge to whom all pleadings should be routed.

THE FOREGOING transfer is accepted this 6th day of February, 2001.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: Keith L. Williams, Esq.
William Tuttle, Esq.
Randolph Jones, Jr., Esq.
Thomas Caldwell, Esq.
Laura Bonn, AUSA
Jeffrey Glotzer, Esq.